IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ashlley Smith ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| v. ) | 1:15-cv-04174-SCJ |
| ) | |
| Integrity Enterprizes (OH) LLC, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

### ORDER

Having considered Plaintiff's First Motion to Enforce Settlement as to Integrity Enterprizes (OH), LLC, and finding good cause, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Enforce Settlement and request for Judgment GRANTED and an entry of judgment for $7,500.00, interest, and additional attorney fees and costs incurred in bringing this motion. Plaintiff is to submit her request for attorneys fees within ten (10) days.

SO ORDERED this __10th__ day of __August_____, 2016

_s/Steve C. Jones_____
The Honorable Steven C. Jones
United States District Judge.